**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**COVINGTON**

Eastern District of Kentucky
FILED
SEP 10 2026
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**

**INDICTMENT NO.** 26-63-DLB-CJS
**18 U.S.C. § 922(g)(1)**

**JASON D. LINDBLOOM**

* * * * *

**THE GRAND JURY CHARGES:**

On or about July 5, 2026, in Boone County, Kentucky, in the Eastern District of Kentucky,

**JASON D. LINDBLOOM,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 9mm pistol bearing serial number CGRP316, and the firearm was in and affecting commerce, in violation of 18 U.S.C. § 922(g)(1).

The grand jury further alleges that, before **JASON D. LINDBLOOM** committed the offense charged in this Indictment, **JASON D. LINDBLOOM** had at least three previous convictions for offenses qualifying under 18 U.S.C. § 924(e)(2) that were committed on occasions different from one another.

**FORFEITURE ALLEGATION**
**18 U.S.C. § 924(d)**
**28 U.S.C. § 2461**

1. By virtue of the commission of the offense alleged in the Indictment, **JASON D. LINDBLOOM** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **JASON D. LINDBLOOM** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

   a. Glock 9mm pistol bearing serial number CGRP316; and
   b. All associated ammunition and accessories.

**A TRUE BILL**

[redacted]

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

**JOEL KING**
**ASSISTANT UNITED STATES ATTORNEY**

## PENALTIES

Not less than 15 years imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:** Mandatory special assessment of $100.

**PLUS:** Forfeiture, as alleged.